IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDIE L. CURBEAM, JR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PRIMECARE MEDICAL, INC., et al., | : | No. 12-2309 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 6th day of November, 2013, upon consideration of the Defendants' Motion for Summary Judgment (Docket Nos. 32-34), Mr. Curbeam's Response thereto (Docket No. 36), and Mr. Curbeam's Declarations (Docket Nos. 12-14), **it is hereby ORDERED** that:

1. the Motion for Summary Judgment is **GRANTED**; and

2. the Clerk of Court shall mark this case CLOSED for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge